FILED
2013 Jul-31 PM 02:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983 - NE

CV-13-HS-1417-NE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2013 JUL 31 A 11: 17
U.S. DISTRICT COURT
N.D. OF ALABAMA

CAMERON Edward BROWN

Inmate Identification Number: 284337

_____

_____

(Enter above the full name(s) of the plaintiff(s)
in this action

**NOTICE TO FILING PARTY**
It is your responsibility to
notify the clerk in writing
of any address change.
Failure to notify the clerk
may result in dismissal
of your case
without further notice.

vs.

Dewayne Estes, Mike Jones
V. Miles, Guy Noe, C. Leggett
Chris Coons, Officer Bellman
Officer Harvey, Sgt. Turner

(Enter above full name(s) of the defendant(s)
in this action

1   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved
        in this action or otherwise relating to your imprisonment?
        Yes   ( ___ )           No   ( ✓ )

   B.   If your answer to (A) is "yes,) describe each lawsuit in the space below. (If there is more than
        one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline)

        1   Parties to this previous lawsuit:

            Plaintiff(s)        N/A

            Defendant(s)        _____

2. Court (if Federal Court, Name the district; if State Court, Name the county) **N/A**

3. Docket Number **N/A**

4. Name the judge to whom case was assigned **N/A**

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) **N/A**

6. Approximate date of filing lawsuit **N/A**

7. Approximate date of disposition **N/A**

I. Place of present confinement **Limestone Correctional Facility**

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( ___ )    No ( ✓ )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( ___ )    No ( ✓ )

   C. If your answer is YES:

      1. What steps did you take? _____

      2. What was the result? _____

   D. If your answer is NO, explain why not? **No prison Grievance**

Parties
In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A    Name of plaintiff(s)   _Cameron Edward Brown #284337_

      Address   _28779 Nick Davis Rd._
                _Harvest AL 35749-7009_

In the item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the thirs blank. Use item (C) for the names, positions, and places of employment of any additional defendants

B    Defendant _Dewayne Estes_

      is employed as _Warden III_

      at _Limestone Corr. Facility_

C    Additional Defendants _Sgt. Mike Jones, Captain Guy Noe, Sgt. V. Miles, Officer Chris Coons, Officer C. Leggett, Officer Bellman, Officer Harvey, Sgt. Turner_

V.    Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

_On July 11, 2013 at or around 6:00pm after I was been harass by inmate Jamille Salery I went to my cell to get a smoke (cigarett) and take a walk out-side while I was walking I_

- 3 -

pass inmate Salery, plaintiff and inmate Salery had a heated conversation I was assault by inmate Salery with a prison combination lock, I was then taken to the prison hosptial where no D.O.C. official or medical staff show no concern for me due to my lifestyle and HIV status.

**RELIEF**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

puNitive damages in the amount of 40,000 Compensatory damages in the amount of 10,000 plus Attorney fees, Court Cost against each defendant, place Inmate Salery on my Enemy list.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7-22-2013___

Cameron E. Oma #284337

Signature(s)

- 4 -